```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S 2:10-cr-00455-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | RESETTING STATUS CONFERENCE |
| v. ) | AND EXCLUDING TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| ) | |
| CAESAR RAFAEL TORRES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Caesar Rafael Torres, through his counsel of record, Christopher Cosca, Esq., hereby stipulate and agree that the status conference set for November 1, 2012, at 9:00 a.m., be continued to January 24, 2013, at 9:00 a.m.

    The exclusion of time is appropriate due to the counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code T4.

///

///

1

A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to review the evidence given the limitations imposed by Congress. It's also necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Therefore, the parties have agreed and respectfully request that the Court set the date of January 24, 2013, at 9:00 a.m., for the status conference.

Accordingly, the parties stipulate that time be excluded beginning November 1, 2012, through and including January 24, 2013 pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United States Code section 3161(h)(7)(B)(iv), to give the defendant time to further review the discovery and to adequately prepare.

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

                                        Benjamin B. Wagner
                                        United States Attorney

Dated: October 26, 2012      By:  /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

DATED: October 26, 2012      By:  /s/ Christopher Cosca
                                        CHRISTOPHER COSCA
                                        Attorney for Defendant
                                        CAESAR RAFAEL TORRES

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for status conference on January 24, 2013 as set forth above.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

The Court finds excludable time as set forth above to and including January 24, 2013.

**IT IS SO ORDERED.**

Dated: October 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE