```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S 2:10-0455 JAM |
| Plaintiff, | STIPULATION AND ORDER RESETTING STATUS CONFERENCE |
| v. | AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| CAESAR RAFAEL TORRES, | |
| Defendant. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Caesar Rafael Torres, through his counsel of record, Christopher Cosca, Esq., hereby stipulate and agree that the status conference set for January 24, 2013, at 9:00 a.m., be continued to March 5, 2013, at 9:45 a.m.

The exclusion of time is appropriate due to the counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code T4. A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to review the evidence given

1

1  the limitations imposed by Congress.  It's also necessary to ensure
2  defense counsel's effective preparation, taking into account the
3  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
4  Code T4.
5      Therefore, the parties have agreed and respectfully request
6  that the Court set the date of March 5, 2013, at 9:45 a.m., for the
7  status conference.
8      Accordingly, the parties stipulate that time be excluded
9  beginning January 24, 2013, through and including March 5, 2013,
10 pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United
11 States Code section 3161(h)(7)(B)(iv), to give the defendant time to
12 further review the discovery and to adequately prepare.
13     The Court finds that the interests of justice served by
14 granting this continuance outweigh the best interests of the public
15 and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

17 IT IS SO STIPULATED.
18                                         Benjamin B. Wagner
                                           United States Attorney
19
20 Dated: February 25, 2013      By:  /s/ Michael M. Beckwith
                                      MICHAEL M. BECKWITH
21                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
22
23
   DATED: February 25, 2013     By:  /s/ Christopher Cosca
24                                    CHRISTOPHER COSCA
                                      Attorney for Defendant
25                                    CAESAR RAFAEL TORRES
26
27
28

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for status conference as set forth above. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

The Court finds excludable time as set forth above to and including March 5, 2013.

**IT IS SO ORDERED.**

DATED: 2/25/2013                 /s/ John A. Mendez
                                 _____
                                 HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE