```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR S 2:10-0455 JAM
                                 )       2:11-0134 JAM
12                               )
                     Plaintiff,  ) STIPULATION AND ORDER
13                               ) SETTING CHANGE OF PLEA HEARING
              v.                 ) AND EXCLUDING TIME UNDER
14                               ) THE SPEEDY TRIAL ACT
                                 )
15  CAESAR RAFAEL TORRES,        )
                                 )
16                   Defendant.  )
    _____ )
17
```

18   The United States of America, through its counsels of record,
19 Benjamin B. Wagner, United States Attorney for the Eastern District
20 of California, and Michael M. Beckwith, Assistant United States
21 Attorney, and defendant Caesar Rafael Torres, through his counsel of
22 record, Christopher Cosca, Esq., hereby stipulate and agree that the
23 status conference set for April 9, 2013, at 9:45 a.m., be continued
24 and set for a change of plea to April 16, 2013, 2013, at 9:45 a.m.

25   The exclusion of time is appropriate due to the counsels' need
26 to prepare. 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code T4.
27 A continuance is necessary in this case in order to ensure defense
28 counsel has a reasonable amount of time to review the evidence given

the limitations imposed by Congress.  It's also necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Therefore, the parties have agreed and respectfully request that the Court set the date of April 16, 2013, at 9:45 a.m., for the status conference.

Accordingly, the parties stipulate that time be excluded beginning April 9, 2013, through and including April 16, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United States Code section 3161(h)(7)(B)(iv), to give the defendant time to adequately prepare.

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

                                        Benjamin B. Wagner
                                        United States Attorney

Dated: April 3, 2013        By:  /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

DATED: April 3, 2013        By:  /s/ Christopher Cosca
                                        CHRISTOPHER COSCA
                                        Attorney for Defendant
                                        CAESAR RAFAEL TORRES

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for change of plea as set forth above. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

The Court finds excludable time as set forth above to and including April 16, 2013.

**IT IS SO ORDERED.**

DATED: 4/3/2013                    /s/ John A. Mendez
                                   _____
                                   HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE