1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorneys for Defendant
   CESAR RAFAEL TORRES

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No.  Cr. S 10-455 JAM

12              Plaintiff,             **STIPULATED MOTION AND ORDER TO
                                       REDUCE SENTENCE PURSUANT TO 18
13         v.                          U.S.C. § 3582(c)(2)**

14  CESAR RAFAEL TORRES,               RETROACTIVE DRUGS-MINUS-TWO
                                       REDUCTION CASE
15              Defendant.
                                       Judge:  Honorable JOHN A. MENDEZ
16

17         Defendant, CESAR RAFAEL TORRES, by and through his attorney, Assistant Federal

18  Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its

19  counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20         1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21  imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22  based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23  pursuant to 28 U.S.C. § 994(o);

24         2.     On November 12, 2013, this Court sentenced Mr. Torres to a term of 84 months

25  imprisonment;

26         3.     His total offense level was 33, his criminal history category was I, and the

27  resulting guideline range was 135-168 months; he qualified for safety valve relief under U.S.S.G.

28  § 5C1.2;

Stipulation and Order Re: Sentence Reduction            1

1    4.    On government motion, Mr. Torres received a downward departure from the low

2    end of the guideline range, to receive a term of 84 months;

3    5.    The sentencing range applicable to Mr. Torres was subsequently lowered by the

4    United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014,

5    see 79 Fed. Reg. 44,973;

6    6.    Mr. Torres' total offense level has been reduced from 33 to 31, his amended

7    guideline range is 108-135 months, and a reduction to a comparable point below the new range

8    would produce a term of 66 months; and,

9    7.    Accordingly, the parties request the Court enter the order lodged herewith

10   reducing Mr. Torres' term of imprisonment to a total term of 66 months.

11   Respectfully submitted,

12   Dated:  January 16, 2015                    Dated:   January 16, 2015
     BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
13   United States Attorney                      Federal Defender

14

15    /s/ *Jason Hitt*                            /s/ *David M. Porter*
     JASON HITT                                  DAVID M. PORTER
16   Assistant U.S. Attorney                     Assistant Federal Defender

17   Attorney for Plaintiff                      Attorney for Defendant
     UNITED STATES OF AMERICA                    CESAR RAFAEL TORRES

18

19                                  **ORDER**

20   This matter came before the Court on the stipulated motion of the defendant for reduction

21   of sentence pursuant to 18 U.S.C. § 3582(c)(2).

22   The parties agree, and the Court finds, that Mr. Torres is entitled to the benefit

23   Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended

24   guideline range of 108-135 months, and a reduction comparable to the one received at the

25   original sentencing would produce a term of 66 months.

26   IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2013 is

27   reduced to a term of 66 months.

28

Stipulation and Order Re: Sentence Reduction                    2

1      IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

2   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

3   reduction in sentence, and shall serve certified copies of the amended judgment on the United

4   States Bureau of Prisons and the United States Probation Office.

5      Unless otherwise ordered, Mr. Torres shall report to the United States Probation Office

6   within seventy-two hours after his release.

7   Dated:   January 21, 2015

8   _____/s/ John A. Mendez_____
                                    U. S. DISTRICT COURT JUDGE_____
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Re: Sentence Reduction            3