AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:10-cr-00455-JAM   Document 46   Filed 01/23/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:10CR00455 -01 JAM |
| CESAR RAFAEL TORRES ) | |
| ) | USM No: |
| Date of Original Judgment: 11/12/2013 ) | |
| Date of Previous Amended Judgment: ) | DAVID PORTER, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     84     months **is reduced to**     66 MONTHS    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   11/14/2013   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   1/22/2015                    /s/ John A. Mendez
                                            *Judge's signature*

Effective Date:   11/1/2015                JOHN A. MENDEZ, U. S. DISTRICT COURT JUDGE
*(if different from order date)*           *Printed name and title*